FILED
February 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____MR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>GUY MASON RODEN<br><br>Defendant | Case No: SA-22-CR-00084-OLG<br><br>**INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 2252A(a)(2)<br>Distribution of Child Pornography |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 2252A(a)(2)]

Beginning on or about November 27, 2020, and continuing through on or about March 30, 2021, in the Western District of Texas, Defendant,

**GUY MASON RODEN,**

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

#### Sexual Exploitation of Children Violations and Forfeiture Statutes

As a result of the foregoing Sexual Exploitation of Children violation, the United States gives notice of its intent to seek the forfeiture of certain property subject to forfeiture, including

but not limited to computer(s), electronic equipment, accessories, and devices, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), which states:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

**(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR WILLIAM F. CALVE
Assistant United States Attorney